UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERIC FULLER, individually,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:25-cv-04194-PA-PD<br><br>**ORDER OF DISMISSAL**<br><br>Honorable Percy Anderson<br>United States District Judge |

    Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that this action is dismissed as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The September 8, 2025 Scheduling Conference is VACATED. The Clerk is directed to close the file.

Dated: July 17, 2025

_____
PERCY ANDERSON
United States District Judge

1